UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:09-cr-132-RLH-RJJ |
| vs. | ) ) | |
| BRIAN DVORAK, JAMES KINNEY, JEFFREY MITCHELL, | ) ) ) ) | O R D E R |
| Defendant, | ) ) | |

This matter is before the Court on the following motions:

1. Dvorak's Joinder (#132);

2. Defendant Kinney's Motion for Joinder (#133); and,

3. Defendant Jeffrey Mitchell's Joinder (#134).

The Court having reviewed the Joinder (#132, #133, and #134) and good cause appearing therefore,

IT IS HEREBY ORDERED that Dvorak's Joinder (#132); Defendant Kinney's Motion for Joinder (#133); and, Defendant Jeffrey Mitchell's Joinder (#134) are **GRANTED**.

DATED this   6th   day of April, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge