Daniel G. Bogden
 United States Attorney
 District of Nevada
Kathryn C. Newman
 Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>vs.<br><br>**[1] JEFFREY TURINO,**<br>**[5] MELISSA SPOONER,**<br>**[8] BRIAN DVORAK,**<br>**[9] GINGER GUTIERREZ,** and<br>**[10] JAMES KINNEY**,<br><br>Defendants | **Case No. 2:09-CR-132-JAD-GWF**<br><br>**NON-OPPOSITION TO DEFENDANT GUITERREZ'S MOTION TO CONTINUE TRIAL** |

THE UNITED STATES OF AMERICA, by the United States Attorney and undersigned Assistant United States Attorney, hereby files its non-opposition to Defendant Guiterrez's Motion to Continue Trial (Docket No. 239).

RESPECTFULLY SUBMITTED this 2nd day of July, 2014.

>Daniel G. Bogden
>United States Attorney
>District of Nevada
>
>___/s/_____.
>Kathryn C. Newman
>Assistant United States Attorney