# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN DVORAK,<br><br>Defendant. | 2:09-cr-132-JAD-GWF-8<br><br>**Order Dismissing the Second Superseding Indictment as to Defendant Brian Dvorak Only**<br><br>ECF No. 696 |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the government hereby dismisses the Second Superseding Indictment in the above-captioned case as to Defendant Brian Dvorak only.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is hereby granted for the filing of the above dismissal of the Second Superseding Indictment in the above-captioned case under Rule 48(a) as to Dvorak only.

IT IS FURTHER ORDERED that the status conference scheduled for August 12, 2019, at 9:00 a.m. be VACATED.

DATED this 9th day of August, 2019.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE